# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH STREATER, | ) | CASE NO. 5:18-cv-643 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SARCHIONE CHEVROLET, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

The Court has resolved plaintiff's motion for class certification, determining that the requirements of Fed. R. Civ. P. 23 have not been met.

In view of this decision, the parties are now directed to confer and, by ten (10) days from the date of this order, file their joint proposal for a case management plan going forward, using the form attached to this order.

**IT IS SO ORDERED**.

Dated: July 5, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**