# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH STREATER, | ) | CASE NO. 5:18-cv-0643 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SARCHIONE CHEVROLET, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon the representation of the parties that the above entitled cause of action has been settled between them, this case is hereby dismissed. A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before October 31, 2019.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede this order. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994). This case is hereby closed.

**IT IS SO ORDERED**.

Dated: October 9, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**